Case 3:23-cv-04395-LB   Document 1   Filed 08/29/23   Page 1 of 3

FILED
1 of 2
AUG 29 2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA, et. al.,
ON BEHALF OF ALL OTHERS SIMILARLY
SITUATED
                    PLAINTIFF(S)

CASE NO.

IN HIS AND HER INDIVIDUAL(S)
AND OFFICIAL CAPACITIES

Vs.

ELON MUSK; "X"; TWITTER; SPACE X;
TESLA MOTORS, INK.; SECURITIES EXCHANGE
OF COMMISSION (SEC); INTERNAL REVENUE SERVICES (IRS), et.al.,
DEFENDANT(S)

"COMPLAINT"

1) JURISDICTION & VENUE:
35 USCS 281; 28 USCA 960.(a), 1656, 1692., 1695, 1731, 1732., 1741.; 51 USCS 10101.(1)(2), 20102.(a)(b), 20131; TELECOMMUNICATIONS ACT OF 1996, ETC.

2) PLAINTIFF(S):
UNITED STATES OF AMERICA, et.al., ON BEHALF OF ALL OTHERS SIMILARLY SITUATED

3) DEFENDANT(S):
ELON MUSK; "X"; TWITTER; SPACE X; TESLA MOTORS, INC; SECURITIES EXCHANGE OF COMMISSION (SEC); INTERNAL REVENUE SERVICES (IRS), et.al.,

4) FACTS

I AM BRINGING THIS COMPLAINT AGAINST ELON MUSK, ETC. AND ELON MUSK WAS BORN IN 1971 OF SOUTH AFRICA CULTURE, UNION OF SOUTH AFRICA A.K.A. "AFRICANISM". IN 2022 AND 2023 THE MEDIA, NEWS, ELON MUSK, ETC PUT OUT A WORLDWIDE NOTICE, ETC. THAT HE WAS PURCHASING "TWITTER" FOR $44,000,000,000.00 AND THE FEDERAL TRADE COMMISSION PLACED A $1,000,000.00 FEE ON THE OFFER, ETC STATING TWITTER PURCHASE WAS $43,000,000,000.00 AND I PLACED MY OFFER OF $86,000,000,000.00 PLUS $2,000,000,000.00 TO PURCHASE TWITTER, ETC. 26 USCS 6802.(2), 6803.(a)(b), 6806, 1017.(3)(c), 6321.; U.C.C. 1-202, 2-203, 1-208, 5-103.(th), 2-724.; 12 USCS 225A, 626, 604, 635. et.seq.; AND THE SERVICES WAS FREE FOR THE PUBLIC, BUSINESSES, ETC. I WAS WAITING ON A RESPOND FROM TWITTER, ETC. UNDER INVESTMENT ADVISOR(S) ACT OF 1940, INVESTMENT COMPANY ACT OF 1940, CHIEF FINANCIAL OFFICER (CFO) ACT OF 1990, ETC. AND UPON THE OFFERING CIRCULATIONS, ETC. TESTIMONIES, INVESTIGATIONS, ETC. CAME ABOUT AND I WAS "X" OUT THE PICTURE ALL THROUGH ELON MUSK, ETC. DOWNFALL COSTING

MYSELF, ETC. TO BE A BYSTANDER TO THE CRIMINAL ENTREPRENEURSHIP WITH OR TOWARDS THE PUBLIC, ETC. BY THAT TIMES I HAVE PLACE IN CIRCULATIONS, ETC. TO PURCHASE, INVESTMENT, ETC. SPACE X, TESLA MOTORS, INC. WITH DONATIONS, ETC. NOW, I SENT ALL THINGS LABEL AS LETTER PATENT, INTELLECTUAL PROPERTIES, ETC. ELON MUSK, TWITTER, X, SPACE X, TESLA MOTORS, INC., ETC. THIS IS UNLAWFUL LABOR PRACTICES, TAX FRAUD, SECURITY FRAUD, ETC. BY TURNING A BLIND EYE TOWARDS THE SITUATIONS, AND MISLEADING TO MYSELF, PUBLIC AND OTHERS. NOW, THE "X" MISLEADING BY "XYZ" TEST CASE, LETTERS PATENT, ETC. AND CREATE CAMPAIGN FRAUDS, ETC. BY BLACKMAIL, ETC.

5) LEGAL CLAIMS:

I AM CLAIMING UNIVERSAL LAWS, AMERICANS WITH DISABILITIES ACT OF 1990, 720 ILCS 5/16-1.3. et. seq.; 35 USCS 281, 28 USCA 960. (a), 1656, 1692, 1695, 1731, 1732, 1741; 51 USCS 10101.(1)(2), 20102.(a)(b), 20131; TELECOMMUNICATIONS ACT OF 1996; 42 USCS 1. et seq.—

6) PRAYER FOR RELIEF;

A) I WOULD LIKE FOR ELON MUSK, "X", TWITTER, SPACE X, TESLA MOTORS, INC., ETC. TO PLACE THE OFFERS BACK IN CIRCULATIONS, ETC. TO MYSELF, PUBLIC, COURTS, MEDIA, NEWS, SHAREHOLDERS, STOCK HOLDERS, CORPORATE GOVERANCE, UNITED NATIONS, ETC.

B) I AM REQUESTING THE $88,000,000,000.00, ETC. TO BE REIMBURSE BACK BACK TO THE PUBLIC, MYSELF AND OTHERS AND TWITTER FILES, DEEDS, INVESTIGATIONS, ETC. OVER TO ME (ASAP) FOR FINANCIAL MATTERS AND OTHERS OFFERING, SALES, FORMER OWNERS, ETC.

DATE: 7/27/2023

1S/2 s roc
KING/SUIJURIS/PROXY/DEJURE GOVERNMENT/
MONARCHISM, ETC. JAMES D. LEWIS
A.K.A. JAMES OBAMA, B-52327, 2600
NORTH BRINTON AVE-DIXON, IL
61021-9532 (815) 288-5561 FOR LEGAL
CALLS OR VISITS-

VERIFICATION:
PURSUANT TO 28 USC 1746, 18 USC 1621, 735 ILCS 5/109, I DECLARE, UNDER THE PENALTY OF PERJURY, ETC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA, et. al.,
PLAINTIFF(S)

V.

ELON MUSK; "X"; TWITTER; SPACEX;
TESLA MOTORS, INC.; SECURITIES EXCHANGE
OF COMMISSION (SEC); INTERNAL REVENUE SERVICES (IRS), et. al.,
DEFENDANT(S)

CASE NO.

IN HIS AND HER INDIVIDUAL(S)
AND OFFICIAL CAPACITIES

NOTICE OF FILING / PROOF OF SERVICE

TO: U.S. DISTRICT COURTHOUSE, CLERK'S OFFICE
    450 GOLDEN GATE AVE
    P.O. BOX 36060
    SAN FRANCISCO, CA 94102

TO: U.S. PATENT AND TRADEMARK OFFICE
    600 DULANY STREET
    ALEXANDRIA, VA 22314   www.uspto.gov

TO: DEPARTMENT OF JUSTICE
    C/O OFFICE OF DISABILITIES, U.S.
    ATTORNEY GENERAL
    950 PENNSYLVANIA AVE, NW
    WASHINGTON, DC 20530
    www.justice.gov

I ATTACHED PARTY ON 7/27/2023 PLACED IN U.S. POSTAL SERVICE AT DIXON CORRECTIONAL CENTER TO ABOVE PARTIES "COMPLAINT", UNDER 35 USC S281, 28 USCA 960.(6), 1656, 1692, 1695, 1731, 1732, 1741.; 51 USC S 10101.(1)(2), 20102.(a)(b), 20131; TELECOMMUNICATIONS ACT OF 1996, ETC.

PURSUANT TO 28 USC 1746, 18 USC 1621, 735 ILCS 5/109, I DECLARE, UNDER THE PENALTY OF PERJURY, ETC.

DATE: 7/27/2023

/S/ 2c — 20L
KING/SUI JURIS/PROXY/DE JURE GOVERNMENT/
MONARCHISM, ETC. JAMES D. LEWIS A.K.A.
JAMES OBAMA, B-52327, 2600 NORTH
BRINTON AVE. - DIXON, IL 61021-9532
(815) 288-5561 FOR LEGAL CALLS OR VISITS