JAMES D. LEWIS
A.K.A. JAMES OBAMA
B-57327
2600 NORTH BRINTONAVE.
DIXON, IL 61021-8532

LEGAL
MAIL

N3

THIS CORRESPONDENCE IS FROM AN
INDIVIDUAL IN CUSTODY OF THE
ILLINOIS DEPT OF CORRECTION

CARDL STREAM IL 601

2023 PM 9 L

FIRST-CLASS

US POSTAGE >> PITNEY BOWES

ZIP 61021
02 7W
0000028279JUL 31 2023

$ 000.63⁰

RECEIVED

AUG 18 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

U.S. DISTRICT COURTHOUSE
CLERK OFFICE
450 GOLDEN GATE AVE.
PO BOX 36060