

FILED

AUG 29 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT OF PRISONER CASE
### TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL

Pursuant to General Order 44, the Assignment Plan of the United States District Court for the Northern District of California, this case has been assigned to a Magistrate Judge.

Pursuant to 28 U.S.C. § 636(c), with written consent of all parties, a magistrate judge may conduct all proceedings in a case, including all pretrial and trial proceedings, entry of judgment and post-trial motions. Appeal will be directly to the United States Court of Appeals for the Ninth Circuit.

Attached is a form to complete to indicate whether you consent to proceed before a magistrate judge or decline to proceed before a magistrate judge. You are free to withhold consent without adverse consequences. If you decline, the case will be reassigned to a district judge.

If you are the plaintiff/petitioner in this case, you must file your consent/declination form within 14 days of receipt of this notice. If you are the defendant/respondent, you must file your consent/declination form within 28 days of receipt of service unless this case was removed to this court. In removals, all parties must file a consent/declination form within 14 days of receipt of this notice.

*Rev. 03-20*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES D LEWIS,<br><br>         Plaintiff,<br><br>v.<br><br>ELON MUSH,<br><br>         Defendant. | Case No. 23-cv-04395-LB<br><br>**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** |

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you choose to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

☐   **Consent to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment.

**OR**

☐   **Decline Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment.

DATE: _____  NAME: _____

AT: _____  _____
      *(Write place where signed.)*         *Signature*

*Rev. 03-20*