UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES D. LEWIS,<br><br>   Plaintiff,<br><br>  v.<br><br>ELON MUSK, et al.,<br><br>   Defendants. | Case No. 23-cv-04395-LB<br><br>**NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE NOTICE** |

The Clerk of the Court will now reassign this case to a United States District Judge because either:

(1) One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

(2) A party has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

Dated: October 2, 2023

Mark B. Busby
Clerk, United States District Court

By: _____
Elaine Kabiling, Deputy Clerk to the
Honorable LAUREL BEELER

NOTICE (23-cv-04395-LB)