UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES D. LEWIS,<br><br>           Plaintiff,<br><br>    v.<br><br>ELON MUSK, et al.,<br><br>           Defendants. | Case No. 23-cv-04395-JSC<br><br>**ORDER OF DISMISSAL** |

On August 29, 2023, Plaintiff, a federal prisoner proceeding without an attorney, filed a complaint. On the same day, the Clerk notified Plaintiff he had neither paid the filing fee nor completed an application to proceed in forma pauperis ("IFP"). The Clerk mailed Plaintiff the Court's IFP application along with the deficiency notice, as well as a stamped return envelope and instructions for completing the form. The notice informed Plaintiff the case would be dismissed if he did not either pay the filing fee or file a completed IFP application within 28 days. No response has been received. As Plaintiff has not paid the filing fee, completed an IFP application, shown cause why not, or requested an extension of time, this case is DISMISSED without prejudice.

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: October 20, 2023

JACQUELINE SCOTT CORLEY
United States District Judge